

**1457 S High Street, Columbus Ohio 43207**

**(614) 610-4134 / Greg@MansellLawLLC.com**

---

_____, 2019

*Via Electronic mail*

Re: *Bolyard et al., vs. Shiva Shakti Two Corporation (Super 8 at Wyndham Westlake/Cleveland) et al.*
     United States District Court, Northern District of Ohio, 1:19-cv-2402, Judge Nugent

Dear _____:

On _____, 2019, a Court-approved Notice and Consent Form was mailed to you, notifying you of your rights and deadlines concerning to the above-captioned collective action for unpaid wages under the Fair Labor Standards Act against Shiva Shakti Two Corporation d/b/a Super 8 at Wyndham Westlake/Cleveland, Hetal Patel, and Nehal Petal.  However, as of the date of this reminder, no response has been received from you.

If you wish to participate in this FLSA collective action, and if you have not yet done so, please carefully review and complete the FLSA Consent Form as instructed and return it to the address below as soon as possible.  If you would like us to email you a copy of the Consent Form electronically in a format you can sign on your cell phone, please reach out to us.

In order to be considered timely, the completed and signed Consent Form must be postmarked by _____, 2019.

You may return the consent form via email (**Greg@MansellLawLLC.com**), by fax (**(614) 547-3614**) or by regular mail to:

Mansell Law, LLC
ATTN: Greg Mansell
1457 S. High St.
Columbus, Ohio 43207

If you have not received the Notice and Consent Form, contact us immediately at (614) 610-4134 or at Greg@MansellLawLLC.com. Further, feel free to call us, should you have any questions or wish to further discuss this matter.

Very truly yours,

**MANSELL LAW, LLC**

*/s/ Greg R. Mansell*
Greg R. Mansell

cc: All Counsel on record