IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

**CHRISTOPHER BOLYARD**, *et al.* for himself and all others similarly situated,

   Plaintiffs,

v.

**SHIVA SHAKTI TWO CORPORATION**, *et al.*,

   Defendants.

Case No. 1:19-cv-02402

Judge Donald C. Nugent

### FINAL APPROVAL ORDER

Before the Court is the Parties' Joint Motion for Approval of Collective Action Settlement Agreement. Based on the following, the Court hereby ORDERS and ADJUDGES that the motion is GRANTED and the Collective Action Settlement and Release (the "Settlement Agreement") is APPROVED.

  1. The standard for approval of a settlement brought under Section 216(b) of the Fair Labor Standards Act ("FLSA") is that the settlement should be approved if it resolves a bona fide dispute, is the result of contested litigation, and is fair and reasonable to all parties. *See e.g., Ford v. Carnegie Mgmt. Servs., Inc.*, No. 2:16-cv-18, 2017 WL 4390294, *2 (S.D. Ohio Oct. 3, 2017); *Feiertag v. DDP Holdings, LLC*, No. 14-cv-2643, 2016 WL 4721208, *3 4 (S.D. Ohio Sept. 9, 2016). In this case, the Settlement Agreement resolves a bona fide dispute, is fair and reasonable to all parties, and is the product of contested litigation. The Settlement Agreement is therefore approved pursuant to Section 216(b) of the FLSA. *See* 29 U.S.C § 216(b).

  2. Upon entry of this Final Approval Order, it is understood and agreed by Plaintiffs that each Plaintiff releases Defendants and the Releasees (as defined in the Settlement Agreement)

1

from all claims and allegations made in the Lawsuit in this case. Specifically, Plaintiffs release Releasees from any alleged violation of the Fair Labor Standards Act ("FLSA") and any other alleged violations of the FLSA alleged in the Lawsuit, as set forth in the releases in the Settlement Agreement. It is further understood and agreed that Defendants and the Releasees will release Counterclaim Defendants (as defined in the Settlement Agreement) from all Counterclaims and Amended Counterclaims made in the Lawsuit in this case.

3. The Court approves the Settlement Agreement, including the Total Settlement Amount of Three Thousand, Three Hundred and Ninety-Nine Dollars ($3,399.00).

4. The Court approves the Individual Settlement Payments to Plaintiffs as set forth in the Settlement Agreement.

5. The Court approves the procedure of submitting the issue of Plaintiffs' reasonable attorneys' and costs pursuant to 29 USC 216(b) to the Court for determination. The Court will issue a separate opinion and order on Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs.

6. There has been no determination by any Court as to the merits of the claims asserted by Plaintiffs against Defendants or any of the Releasees (as defined in the Settlement Agreement) or by Defendants against Counterclaim Defendants (as defined in the Settlement Agreement). Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this action shall constitute, be construed to be, or be admissible in any other proceeding as evidence: (1) of an adjudication of the merits of this case; (2) of an adjudication of any of the matters released in the Settlement Agreement or through a Plaintiff's cashing of any payment pursuant to the Agreement; or (3) that Defendants, Releasees, Counterclaim Defendants, or others have engaged in any wrongdoing.

7.	Without affecting the finality of this Order, this Court retains exclusive jurisdiction over the consummation, performance, administration, effectuation, and enforcement of this Order as may be necessary or appropriate for the construction and implementation of the terms of the Settlement Agreement.

8.	This Order is "final" within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

9.	The parties shall abide by all terms of the Settlement Agreement, which are incorporated herein, and this Order.

IT IS SO ORDERED.

_August 24, 2020_
Date

_/s/ Donald C. Nugent_
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE